UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO

Criminal Action No. 16-cr-00320-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

     v.

1. DANIEL DEAN HOLLINGSWORTH,

    Defendant.

## ORDER

    This matter is before the Court on Defendant Daniel Dean Hollingsworth's Motion to Change Sentence Imposed. (Doc. # 46). The Motion is denied for lack of jurisdiction.

    Under 18 U.S.C. § 3582(c)(1)(A), the Court may not consider a defendant's motion to modify his sentence unless and until "the defendant has fully exhausted all administrative rights[.]" Generally speaking, this means a defendant must petition the warden of his place of incarceration before seeking relief in this Court. *Id.* Mr. Hollingsworth's Motion contains nothing to suggest that he exhausted his administrative remedies before seeking relief in this Court. Therefore, pursuant to 18 U.S.C. § 3582(c)(1)(A), the Court is without jurisdiction to consider his Motion, and the Motion must be denied.

For the foregoing reasons, Defendant's Motion to Change Sentence Imposed (Doc. # 36) is DENIED.

DATED:  April 14, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge